# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 05/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

7614 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1752

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Pennsylvania Law School (Adjunct Professor) | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Duane Morris LLC (Attorney) |
| 2. | 2015 | Cohen, Placitella & Roth PC (Attorney) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | July 23-24, 2015 | Washington, DC | Duke University Law Program | Transportation, lodging, meals |
| 2. | Risk Monitor | November 2015 | Bulgaria and Romania | Rule of Law Initiative | Transportation, lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lebenthal Lisanti Small Growth - Retirement #5 | A | Dividend | J | T | | | | | |
| 2. DFA US Small Cap Value - Retirement #5 | A | Dividend | J | T | | | | | |
| 3. DFA US Large Cap Value - Retirement #5 | A | Dividend | K | T | | | | | |
| 4. Federated US Gov't Ultrashort - Retirement #5 | A | Dividend | K | T | | | | | |
| 5. First Eagle Overseas - Retirement #5 | A | Dividend | K | T | | | | | |
| 6. Janus Fund - Retirement #5 | B | Dividend | J | T | | | | | |
| 7. Janus Overseas - Retirement #5 | A | Dividend | | | Sold | 12/22/15 | J | A | |
| 8. Schwab Money Market - Retirement #5 | A | Dividend | J | T | | | | | |
| 9. Westcore MIDCO Growth - Retirement #5 | B | Dividend | J | T | | | | | |
| 10. William Blair Int'l Small Growth - Retirement #5 | B | Dividend | J | T | | | | | |
| 11. William Blair International Growth - Retirement #5 | | None | J | T | Buy | 12/23/15 | J | | |
| 12. Federated Gov't Ultrashort - Retirement #6 | A | Dividend | K | T | | | | | |
| 13. Baron Growth - Retirement #6 | A | Dividend | J | T | | | | | |
| 14. First Eagle Overseas - Retirement #6 | A | Dividend | J | T | | | | | |
| 15. Royce Opportunity -Retirement #6 | A | Dividend | J | T | | | | | |
| 16. Schwab Money Market - Retirement #6 | A | Dividend | J | T | | | | | |
| 17. Janus Overseas - Retirement #6 | A | Dividend | | | Sold | 12/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Fund - Retirement #6 | B | Dividend | J | T | | | | | |
| 19. DFA International Large Growth - Retirement #6 | | None | J | T | Buy | 12/23/15 | J | | |
| 20. Baron Growth - Retirement #7 | C | Dividend | L | T | | | | | |
| 21. DFA US Micro Cap - Retirement #7 | C | Dividend | L | T | Sold (part) | 06/11/15 | J | A | |
| 22. DFA Emerging Markets Core Equity - Retirement #7 | B | Dividend | M | T | Buy (add'l) | 02/5/15 | K | | |
| 23. DFA International Small Value - Retirement #7 | C | Dividend | M | T | Sold (part) | 02/05/15 | J | A | |
| 24. DFA International Small Value - Retirement #7 | | None | | | Sold (part) | 06/11/15 | J | A | |
| 25. DFA International Value - Retirement #7 | D | Dividend | M | T | | | | | |
| 26. DFA One Year Fixed - Retirement #7 | B | Dividend | N | T | Sold (part) | 09/10/15 | K | A | |
| 27. DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | | | | | |
| 28. DFA US Large Cap Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 02/05/15 | J | C | |
| 29. Dodge & Cox Stock - Retirement #7 | C | Dividend | L | T | Sold (part) | 06/11/15 | J | C | |
| 30. Federated Gov't Ultrashort - Retirement #7 | A | Dividend | N | T | Sold (part) | 06/10/15 | K | A | |
| 31. First Eagle Overseas - Retirement #7 | B | Dividend | L | T | | | | | |
| 32. Hotchkis & Wiley Mid Cap Value - Retirement #7 | E | Dividend | M | T | Sold (part) | 02/05/15 | K | D | |
| 33. Morgan Stanley International Equity - Retirement #7 | C | Dividend | M | T | Sold (part) | 06/11/15 | J | A | |
| 34. Morgan Stanley Emerging Markets - Retirement #7 | A | Dividend | M | T | Buy (add'l) | 02/05/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Opportunity - Retirement #7 | D | Dividend | L | T | | | | | |
| 36. Schwab Money Market - Retirement #7 | A | Dividend | J | T | | | | | |
| 37. Westcore Intl Small Cap - Retirement #7 | C | Dividend | L | T | | | | | |
| 38. Westcore Mid Cap Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 02/05/15 | J | D | |
| 39. Westcore Mid Cap Value - Retirement #7 | | None | | | Sold (part) | 06/11/15 | J | B | |
| 40. Westcore MIDCO Growth - Retirement #7 | D | Dividend | L | T | | | | | |
| 41. William Blair International Growth - Retirement #7 | B | Dividend | M | T | Buy (add'l) | 02/05/15 | K | | |
| 42. Janus Fund - Retirement #7 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | B | |
| 43. Janus Overseas - Retirement #7 | C | Dividend | | | Buy (add'l) | 02/05/15 | K | | |
| 44. Janus Overseas - Retirement #7 | | None | | | Sold | 12/22/15 | L | A | |
| 45. Hotchkis & Wiley Large Cap Value - Retirement #7 | B | Dividend | L | T | Sold (part) | 02/05/15 | J | C | |
| 46. William Blair Large Growth - Retirement #7 | D | Dividend | M | T | Sold (part) | 02/05/15 | J | C | |
| 47. William Blair Large Growth - Retirement #7 | | None | | | Sold (part) | 06/11/15 | J | C | |
| 48. Lebenthal Lisanti Small Growth - Retirement #7 | B | Dividend | K | T | Sold (part) | 06/11/15 | J | A | |
| 49. William Blair Int'l Small Growth - Retirement #7 | B | Dividend | L | T | | | | | |
| 50. Metropolitan West Total Return - Retirement #7 | D | Dividend | N | T | Sold (part) | 07/22/15 | K | A | |
| 51. BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thornburg International Value - Retirement #7 | | None | | | Sold | 02/05/15 | L | D | |
| 53. Ivy Mid Cap Growth - Retirement #7 | D | Dividend | L | T | Sold (part) | 06/11/15 | J | A | |
| 54. William Blair Mid Cap Growth - Retirement #7 | E | Dividend | L | T | | | | | |
| 55. DFA Global Real Estate - Retirement #7 | B | Dividend | L | T | | | | | |
| 56. RS Global Natural Resources - Retirement #7 | | None | K | T | Buy (add'l) | 02/05/15 | J | | |
| 57. EII Global Property - Retirement #7 | E | Dividend | L | T | | | | | |
| 58. MainGate MLP - Retirement #7 | D | Dividend | M | T | Sold (part) | 06/11/15 | J | A | |
| 59. MainStay Marketfield - Retirement #7 | | None | L | T | Buy (add'l) | 02/05/15 | J | | |
| 60. William Blair Small Growth - Retirement #7 | C | Dividend | K | T | | | | | |
| 61. Morgan Stanley AIP - Retirement #7 | D | Dividend | M | T | | | | | |
| 62. DFA International Large Growth - Retirement #7 | | None | L | T | Buy | 12/23/15 | L | | |
| 63. Schwab Money Market - Trust #1 | A | Dividend | K | T | | | | | |
| 64. Dodge & Cox Stock - Trust #1 | A | Dividend | K | T | | | | | |
| 65. Baron Growth - Trust #1 | B | Dividend | K | T | Sold (part) | 04/13/15 | J | B | |
| 66. Federated Short Term Muni - Trust #1 | A | Dividend | K | T | Sold (part) | 09/08/15 | J | A | |
| 67. First Eagle Overseas - Trust #1 | A | Dividend | K | T | | | | | |
| 68. Hotchkis & Wiley Large Cap Value - Trust #1 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hotchkis & Wiley Mid Cap Value - Trust #1 | C | Dividend | K | T | Sold (part) | 02/05/15 | J | B | |
| 70. Janus Fund - Trust #1 | D | Dividend | K | T | Sold (part) | 02/05/15 | J | B | |
| 71. Janus Fund - Trust #1 | | None | | | Sold (part) | 04/13/15 | J | A | |
| 72. Janus Overseas - Trust #1 | A | Dividend | | | Sold | 12/22/15 | K | B | |
| 73. Morgan Stanley International Equity - Trust #1 | A | Dividend | K | T | | | | | |
| 74. Morgan Stanley Emerging Markets - Trust #1 | A | Dividend | | | Sold | 12/29/15 | K | A | |
| 75. Royce Opportunity - Trust #1 | B | Dividend | K | T | | | | | |
| 76. Westcore Mid Cap Value - Trust #1 | C | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 77. Westcore MIDCO Growth - Trust #1 | B | Dividend | K | T | | | | | |
| 78. DFA Tax Managed Marketwide Value - Trust #1 | A | Dividend | K | T | Sold (part) | 02/05/15 | J | B | |
| 79. DFA US Micro Cap - Trust #1 | A | Dividend | J | T | | | | | |
| 80. DFA Intl Small Cap Value - Trust #1 | A | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 81. Westcore Intl Small Cap - Trust #1 | B | Dividend | K | T | | | | | |
| 82. DFA Int'l Value - Trust #1 | A | Dividend | K | T | Buy (add'l) | 02/05/15 | J | | |
| 83. DFA US Small Value - Trust #1 | B | Dividend | K | T | | | | | |
| 84. William Blair Mid Growth - Trust #1 | D | Dividend | K | T | Sold (part) | 04/13/15 | J | A | |
| 85. DFA Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | | | | | |
| 87. Thornburg International Value - Trust #1 | | None | | | Sold | 02/05/15 | K | C | |
| 88. William Blair Small Cap Growth - Trust #1 | B | Dividend | J | T | | | | | |
| 89. DFA Global Real Estate - Trust #1 | A | Dividend | K | T | | | | | |
| 90. EII Global Property - Trust #1 | A | Dividend | | | Sold | 12/11/15 | K | A | |
| 91. MainGate MLP - Trust #1 | B | Dividend | | | Sold | 12/29/15 | K | A | |
| 92. RS Global Resources - Trust #1 | | None | | | Buy (add'l) | 04/13/15 | J | | |
| 93. RS Global Resources - Trust #1 | | None | | | Sold | 12/29/15 | J | A | |
| 94. MainStay Marketfield - Trust #1 | | None | K | T | | | | | |
| 95. Baron Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 96. DFA Emerging Markets Core Equity - Trust #1 | A | Dividend | | | Buy | 02/05/15 | K | | |
| 97. DFA Emerging Markets Core Equity - Trust #1 | | None | | | Sold | 12/29/15 | K | A | |
| 98. William Blair International Growth - Trust #1 | A | Dividend | K | T | Buy | 02/05/15 | K | | |
| 99. DFA Emreging Markets - Trust #1 | | None | K | T | Buy | 12/29/15 | K | | |
| 100. DFA International Large Growth - Trust #1 | | None | K | T | Buy | 12/23/15 | K | | |
| 101. T. Rowe Price New Era - Trust #1 | | None | K | T | Buy | 12/29/15 | K | | |
| 102. Baron Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 10/05/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. DFA Tax Mgd US Marketwide Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 04/13/15 | J | B | |
| 104. DFA US Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 105. DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | K | T | Buy (add'l) | 02/05/15 | J | | |
| 106. DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 12/11/15 | J | A | |
| 107. East River Bank Stock - Brokerage #1 | | None | K | U | | | | | |
| 108. Federated Short Term Muni - Brokerage #1 | A | Dividend | K | T | Sold (part) | 10/14/15 | J | A | |
| 109. First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 110. Janus Fund - Brokerage #1 | B | Dividend | J | T | Sold (part) | 02/05/15 | J | B | |
| 111. Janus Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 112. Morgan Stanley International Equity - Brokerage #1 | A | Dividend | J | T | | | | | |
| 113. Schwab Money Market - Brokerage #1 | A | Dividend | K | T | | | | | |
| 114. Westcore MIDCO Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 115. Hotchkis & Wiley Large Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 116. Hotchkis & Wiley Mid Cap Value - Brokerage #1 | B | Dividend | J | T | | | | | |
| 117. Thornburg Int'l Value - Brokerage #1 | | None | | | Sold | 02/05/15 | J | A | |
| 118. William Blair Int'l Small Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 119. William Blair Large Growth - Brokerage #1 | B | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. William Blair Mid Cap Growth - Brokerage #1 | B | Dividend | J | T | | | | | |
| 121. William Blair Small Cap Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 122. Westcore Mid Cap Value - Brokerage #1 | B | Dividend | J | T | | | | | |
| 123. DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 124. DFA Short Term Muni - Brokerage #1 | A | Dividend | K | T | | | | | |
| 125. Metropolitan West Total Return - Brokerage #1 | A | Dividend | K | T | Sold (part) | 10/05/15 | J | A | |
| 126. William Blair Int'l Growth - Brokerage #1 | A | Dividend | J | T | | | | | |
| 127. Thornburg Limited Term Municipal - Brokerage #1 | B | Dividend | K | T | Sold (part) | 10/05/15 | J | A | |
| 128. DFA Global Real Estate - Brokerage #1 | A | Dividend | K | T | | | | | |
| 129. Dodge & Cox Stock - Brokerage #1 | A | Dividend | J | T | | | | | |
| 130. MainGate MLP - Brokerage #1 | A | Dividend | J | T | | | | | |
| 131. RS Global Resources - Brokerage #1 | | None | | | Buy (add'l) | 04/13/15 | J | | |
| 132. RS Global Resources - Brokerage #1 | | None | | | Sold | 12/29/15 | J | A | |
| 133. Royce Opportunity - Brokerage #1 | B | Dividend | J | T | Sold (part) | 12/21/15 | J | A | |
| 134. DFA US Micro Cap - Brokerage #1 | A | Dividend | J | T | | | | | |
| 135. Baron Growth - Brokerage #2 | B | Dividend | K | T | | | | | |
| 136. DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DFA Tax Mgd Marketwide Value - Brokerage #2 | A | Dividend | K | T | Sold (part) | 02/05/15 | J | B | |
| 138. DFA US Small Value - Brokerage #2 | A | Dividend | J | T | Sold (part) | 02/05/15 | J | B | |
| 139. DFA Tax Mgd Int'l Value - Brokerage #2 | A | Dividend | | | Sold | 12/21/15 | K | A | |
| 140. Dodge & Cox Stock - Brokerage #2 | A | Dividend | J | T | | | | | |
| 141. Federated Short Term Muni - Brokerage #2 | B | Dividend | L | T | | | | | |
| 142. First Eagle Overseas - Brokerage #2 | A | Dividend | J | T | | | | | |
| 143. Hotchkis & Wiley Large Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 144. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 145. Janus Fund - Brokerage #2 | B | Dividend | K | T | | | | | |
| 146. Janus Overseas - Brokerage #2 | A | Dividend | J | T | | | | | |
| 147. Morgan Stanley International Equity - Brokerage #2 | A | Dividend | J | T | | | | | |
| 148. Morgan Stanley Emerging Markets - Brokerage #2 | A | Dividend | | | Buy (add'l) | 02/05/15 | J | | |
| 149. Morgan Stanley Emerging Markets - Brokerage #2 | | None | | | Sold | 12/21/15 | K | A | |
| 150. Royce Opportunity - Brokerage #2 | B | Dividend | J | T | | | | | |
| 151. Schwab Money Market - Brokerage #2 | A | Dividend | K | T | | | | | |
| 152. Westcore Mid Cap Value - Brokerage #2 | B | Dividend | J | T | | | | | |
| 153. Westcore MIDCO Growth - Brokerage #2 | B | Dividend | | | Sold | 12/21/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Westcore International Small Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 155. Metropolitan West Total Return - Brokerage #2 | A | Dividend | K | T | | | | | |
| 156. Thornburg Int'l Value - Brokerage #2 | | None | | | Sold | 02/13/15 | J | B | |
| 157. DFA Short Term Muni - Brokerage #2 | A | Dividend | L | T | | | | | |
| 158. DFA Global Real Estate - Brokerage #2 | A | Dividend | J | T | | | | | |
| 159. MainGate MLP - Brokerage #2 | A | Dividend | K | T | | | | | |
| 160. RS Global Resources - Brokerage #2 | | None | | | Buy (add'l) | 02/13/15 | J | | |
| 161. RS Global Resources - Brokerage #2 | | None | | | Sold | 12/29/15 | J | A | |
| 162. MainStay Marketfield - Brokerage #2 | | None | J | T | Buy (add'l) | 02/13/15 | J | | |
| 163. DFA Intl Small Cap Value - Brokerage #2 | A | Dividend | J | T | Sold (part) | 02/13/15 | J | A | |
| 164. William Blair International Growth - Brokerage #2 | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 165. DFA Emerging Markets Core Equity - Brokerage #2 | | None | K | T | Buy | 12/21/15 | K | | |
| 166. DFA International Value - Brokerage #2 | | None | K | T | Buy | 12/21/15 | K | | |
| 167. Ivy Mid Cap Growth - Brokerage #2 | | None | K | T | Buy | 12/21/15 | K | | |
| 168. DFA One Year Fixed - Retirement #8 | B | Dividend | N | T | | | | | |
| 169. Federated Gov't Ultrashort - Retirement #8 | A | Dividend | M | T | | | | | |
| 170. Lebenthal Lisanti Small Growth - Retirement #8 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Baron Growth - Retirement #8 | C | Dividend | K | T | | | | | |
| 172. DFA Emerging Markets Core Equity - Retirement #8 | B | Dividend | L | T | Buy (add'l) | 02/05/15 | K | | |
| 173. DFA International Value - Retirement #8 | C | Dividend | M | T | | | | | |
| 174. DFA US Large Value - Retirement #8 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | C | |
| 175. DFA US Small Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 02/05/15 | J | B | |
| 176. DFA US Micro Cap - Retirement #8 | C | Dividend | K | T | | | | | |
| 177. Dodge & Cox Stock - Retirement #8 | C | Dividend | L | T | | | | | |
| 178. DFA Int'l Small Cap Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 02/05/15 | K | A | |
| 179. First Eagle Overseas - Retirement #8 | A | Dividend | K | T | | | | | |
| 180. Hotchkis & Wiley Large Cap Value - Retirement #8 | A | Dividend | L | T | | | | | |
| 181. Hotchkis & Wiley Mid Cap Value - Retirement #8 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | C | |
| 182. Janus Fund - Retirement #8 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | C | |
| 183. Janus Overseas - Retirement #8 | C | Dividend | | | Buy (add'l) | 02/05/15 | K | | |
| 184. Janus Overseas - Retirement #8 | | None | | | Sold | 12/22/15 | L | A | |
| 185. Morgan Stanley Emerging Markets - Retirement #8 | A | Dividend | L | T | Buy (add'l) | 02/05/15 | K | | |
| 186. Morgan Stanley International Equity - Retirement #8 | B | Dividend | L | T | | | | | |
| 187. Royce Opportunity - Retirement #8 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Schwab Money Market - Retirement #8 | A | Dividend | K | T | | | | | |
| 189. Westcore Intl Small Cap - Retirement #8 | C | Dividend | K | T | | | | | |
| 190. Westcore Mid Cap Value - Retirement #8 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | C | |
| 191. Westcore MIDCO Growth - Retirement #8 | C | Dividend | K | T | Sold (part) | 02/05/15 | J | A | |
| 192. William Blair International Growth - Retirement #8 | A | Dividend | L | T | | | | | |
| 193. William Blair Large Cap Growth - Retirement #8 | D | Dividend | L | T | Sold (part) | 02/05/15 | J | B | |
| 194. William Blair Intl Small Growth - Retirement #8 | A | Dividend | K | T | | | | | |
| 195. BlackRock Low Duration - Retirement #8 | C | Dividend | N | T | | | | | |
| 196. Metropolitan West Total Return - Retirement #8 | D | Dividend | M | T | | | | | |
| 197. Thornburg Int'l Value - Retirement #8 | | None | | | Sold | 02/05/15 | K | D | |
| 198. William Blair Small Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 199. William Blair Mid Growth - Retirement #8 | D | Dividend | L | T | | | | | |
| 200. Ivy Mid Growth - Retirement #8 | D | Dividend | K | T | | | | | |
| 201. DFA Global Real Estate - Retirement #8 | B | Dividend | L | T | | | | | |
| 202. EII Global Property - Retirement #8 | E | Dividend | K | T | | | | | |
| 203. MainGate MLP - Retirement #8 | D | Dividend | L | T | | | | | |
| 204. MainStay Marketfield - Retirement #8 | | None | K | T | Buy (add'l) | 02/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. RS Global Resources - Retirement #8 | | None | K | T | Buy (add'l) | 02/05/15 | J | | |
| 206. Morgan Stanley AIP - Retirement #8 | C | Dividend | M | T | | | | | |
| 207. DFA International Large Growth - Retirement #8 | | None | L | T | Buy | 12/23/15 | L | | |
| 208. Equitable Variable Life - Alliance Common Stock | | None | M | T | | | | | |
| 209. Equitable Variable Life - Alliance International | | None | K | T | | | | | |
| 210. PNC Bank Accounts | A | Dividend | J | T | | | | | |
| 211. Nantucket Bank Account | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Adams Harkness Small Growth changed its name in 2015 to Lebenthal Lisanti Small Growth.

Third Avenue International Value - Retirement #6 should have been marked sold on the 2014 Financial Disclosure Report. The details of that sale are as follows: Sale date was 7/30/14. The value code was J. The gain code was A.

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 05/04/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544